# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

HAITHAM QUMBARGI,  PLAINTIFF
REG. #40092-044

v.  No. 2:16-cv-137-DPM

UNITED STATES OF AMERICA;
DEPARTMENT OF JUSTICE;
FEDERAL BUREAU OF PRISONS;
C. V. RIVERA, Warden, FCC Forrest City;
and DOES, Federal Bureau of Prisons Employees
and Contractors, Known and Unknown  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Qumbargi hasn't responded to the Court's 4 April 2017 Order; his mail is still being returned. № 10 & 11. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*W.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

16 May 2017