IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HAITHAM QUMBARGI, PLAINTIFF
REG. #40092-044

v. No. 2:16-cv-137-DPM

UNITED STATES OF AMERICA;
DEPARTMENT OF JUSTICE;
FEDERAL BUREAU OF PRISONS;
C. V. RIVERA, Warden, FCC Forrest City;
and DOES, Federal Bureau of Prisons Employees
and Contractors, Known and Unknown DEFENDANTS

## JUDGMENT

Qumbargi's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

16 May 2017